■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PARKER, Appellant. [699 NYS2d 679] —Judgment,

Supreme Court, Bronx County (Richard Price, J.), rendered August 6, 1998, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $3^{1}/_{2}$ to 7 years, unanimously affirmed.

The record of defendant's plea allocution confirms that he voluntarily and knowingly waived his right to appeal (*see, People v Moissett*, 76 NY2d 909). Since defendant's plea agreement sets forth the agreed sentence, his waiver forecloses review of his excessive sentence claim (*People v Hidalgo*, 91 NY2d 733; *People v Seaberg*, 74 NY2d 1, 9). In any event, we perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Tom, Mazzarelli, Lerner and Rubin, JJ.